UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN RE CIVIL INVESTIGATIVE DEMAND            Case No. 23-mc-00023-MIS-DLM
No. DNM 23-02

## ORDER TO SEAL

THIS MATTER comes before the Court on the United States' Unopposed Motion to Seal Papers. (Doc. 4.)  The Court, having reviewed the Motion and noting that it is unopposed, finds the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED THAT**:

The following papers to be filed by the United States shall be sealed:

1. Opposition to the Petition to Set Aside CID DNM 23-02;
2. Cross-Petition to Enforce Civil Investigative Demand DNM 23-02; and
3. The supporting Declaration of Sean Cunniff and Exhibits A through N.

IT IS SO ORDERED.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
/s/ Sean M. Cunniff
Sean M. Cunniff
Assistant United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1473
Cell: (505) 389-3013
Fax: (505) 346-2558
sean.cunniff@usdoj.gov
*Counsel for the United States of America*


APPROVED BY:


/s/ via email 8-28-2023
Gregg Vance Fallick, Esq.
P.O. Box 670
Taos, N.M. 87571
(505) 842-6000
GVF@FallickLaw.com
*Counsel for Sara Sanchez*