UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN RE CIVIL INVESTIGATIVE DEMAND        Case No. 23-mc-00023-MIS-DLM
No. DNM 23-02

### UNITED STATES' NOTICE RE: THE COURT'S SEPT. 5, 2023 ORDER

The United States hereby provides this notice per the Court's September 5, 2023 Order (Doc. 8) (the "**Order**").  In the Order, the Court directed the Government to file clean copies of the Opposition brief and Cross-Petition attached as pre-filing copies to the United States' August 26, 2023 Motion to Seal.  The United States filed clean copies of those papers into these proceedings on August 30, 2023.  A clean copy of the Opposition brief, attached to the Motion to Seal as Doc. 4-1, is Doc. 6 in these proceedings.  A clean copy of the Cross-Petition, attached to the Motion to Seal as Doc. 4-2, is Doc. 7 in these proceedings.  The United States did not make any changes to these documents from the pre-filing copies.

        Respectfully submitted:

        ALEXANDER M.M. UBALLEZ
        United States Attorney
        District of New Mexico

        *Electronically filed 9/6/23*
        */s/ Sean M. Cunniff*
        By: SEAN M. CUNNIFF
        Assistant United States Attorney
        P.O. Box 607
        Albuquerque, New Mexico 87103

Tel: (505) 224-1473 (office)  
Fax: (505) 346-2558  
sean.cunniff@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 6, 2023, the foregoing Notice was filed electronically pursuant to CM/ECF procedures for the District of New Mexico, which caused counsel of record to be served by electronic means.

*/s/ Sean M. Cunniff*
Sean M. Cunniff